1   CHAD D. GREESON, Bar No. 251928
    NICHOLAS GIOIELLO, Bar No. 318418
2   LITTLER MENDELSON, P.C.
    Treat Towers, Suite 600
3   1255 Treat Blvd.
    Walnut Creek, CA  94597
4   Telephone: (925) 932-2468
    Email: cgreeson@littler.com
5          ngioiello@littler.com

6   Attorneys for Defendants
    THYSSENKRUPP SUPPLY CHAIN SERVICES NA,
7   INC. and THYSSENKRUPP MATERIALS NA, INC.

8   *(Additional Counsel Listed on Following Page)*

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12   CURTIS WHITE, on behalf of himself and all        CASE NO.  2-22-CV-02270-WBS-AC
     similarly aggrieved employees,
13
                          Plaintiff,
14                                                      **JOINT STIPULATION TO STAY**
            vs.                                         **ENTIRE ACTION; ORDER**
15
     CORTECH WEST STAFFING, LLC,
16   THYSSENKRUPP MATERIALS NA, INC.,
     THYSSENKRUPP SUPPLY CHAIN SERVICES       Ctrm:       5
17   NA, Inc., TESLA, INC. dba TESLA MOTORS,   Judge:      Hon. William B. Shubb
     INC., and DOES 1 through 50, inclusive,
18
                          Defendants.                   Complaint Filed:    October 24, 2022
19                                                      Removed to Federal Court Dec. 19, 2022

20

21

22

23

24

25

26

27

28

TINA M. JACQUEZ
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Blvd., Suite 300
Thousand Oaks, CA 91360
Tel: (805) 49707706 / tjacquez@slfesq.com

Attorneys for Defendant CORTECH WEST STAFFING, LLC

BRIAN BERRY (229893)
ANDREA FELLION (262278)
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1180 / andrea.fellion@morganlewis.com / brian.berry@morganlewis.com

Attorneys for Defendant CORTECH WEST STAFFING, LLC

B. JAMES FITZPATRICK (SBN: 129056)
LAURA L. FRANKLIN (SBN: 282642)
FITZPATRICK & SWANSTON
555 S. Main Street
Salinas, CA 93901
Telephone: (831) 755-1311 / bjfitzpatrick@fandslegal.com / lfranklin@fandslegal.com

LARRY W. LEE (SBN: 228175)
HOWARD L. MAGEE (SBN: 185199)
SHALOM "CHRISTINE" CHOO (SBN: 339947)
DIVERSITY LAW GROUP, P.C.
515 South Figueroa Street, Suite 1250
Los Angeles, California 90071
Telephone: (213) 488-6555 / hmagee@diversitylaw.com / christine@diversitylaw.com / lwlee@diversitylaw.com

Attorneys for Plaintiff CURTIS WHITE

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2         Plaintiff Curtis White ("Plaintiff") and Defendants CorTech West Staffing, LLC,

3   Thyssenkrupp Materials NA. Inc. and Thyssenkrupp Supply Chain Services NA, Inc. (together,

4   "Thyssenkrupp"), and Tesla, Inc. dba Tesla Motors, Inc. ("Tesla") (collectively, the "Defendants")

5   (Plaintiff and Defendant referred to collectively herein as "the Parties"), by and through their

6   respective attorneys of record, hereby submit the following Joint Stipulation to Stay Entire Action as

7   follows:

8         WHEREAS, on October 24, 2022, Plaintiff filed this Class Action Complaint for

9   Damages, Penalties And For Injunctive Relief against Defendant (the "Complaint") in the Superior

10   Court of California, County of San Joaquin;

11         WHEREAS, on December 19, 2022, Defendants removed Plaintiff's Complaint to the

12   United States District Court for the Eastern District of California;

13         WHEREAS, absent an order granting this stipulated stay, Defendants currently

14   anticipate filing a motion to compel individual arbitration because Defendants maintain that Plaintiff

15   entered into an arbitration agreement that requires him to submit his claims to arbitration and

16   Plaintiff disagrees, maintaining that he did not enter into an arbitration agreement and that, if he did,

17   the agreement is unenforceable;

18         WHEREAS, by entering into this Joint Stipulation to Stay Entire Action, Defendant

19   expressly reserves and does not waive any right to file a motion to compel arbitration;

20         WHEREAS, the Parties agree that it will conserve judicial and Party resources and

21   promote the orderly administration of justice for the Court to stay this case because:

22         The Parties recently agreed to attempt to resolve this case through private mediation.

23   The Parties are now meeting and conferring on mediator selection and expect to have completed

24   mediation within six months.  In light of their agreement to mediate, the Parties would like to avoid

25   burdening the Court and to avoid spending the time and money associated with litigation in the event

26   that they can resolve this case in mediation.

27         NOW, THEREFORE, to conserve the judicial resources of this Court and the Parties'

28   resources, the Parties hereby stipulate to a voluntary stay of this litigation pending mediation.  The

Parties respectfully request that the Court stay the case in its entirely and set a status conference for approximately six months from the date of this stipulation.

DATED: March 7, 2023

/s/ Chad D. Greeson
CHAD D. GREESON
NICHOLAS GIOIELLO
LITTLER MENDELSON P.C.

Attorneys for Defendants
THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC. and THYSSENKRUPP MATERIALS NA, INC.

DATED:  March 6, 2023

/s/ Tina M. Jacquez

TINA M. JACQUEZ
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP

Attorneys for Defendant
CORTECH WEST STAFFING, LLC

DATED: March 7, 2023

/s/ Brian Berry

BRIAN BERRY
ANDREA FELLION
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Defendant
TESLA, INC.

DATED:  March 6, 2023

*/s/ Christine Choo*

LARRY W. LEE (SBN: 228175)
HOWARD L. MAGEE (SBN: 185199)
SHALOM "CHRISTINE" CHOO (SBN: 339947)
DIVERSITY LAW GROUP, P.C.

Attorneys for Plaintiff
CURTIS WHITE on behalf of himself and all similarly aggrieved employees

1

2
<u>**ORDER**</u>

3
     The Court, having reviewed the Parties' Joint Stipulation and good cause appearing

4
therefore, hereby orders as follows:  The Stipulation is **GRANTED.**  The Scheduling Conference is

5
reset for **<u>October 10, 2023 at 1:30 p.m.</u>**  All proceedings in this case are hereby **STAYED** until that

6
date.  A joint status report shall be filed no later than **<u>September 26, 2023</u>** in accordance with the

7
Court's Order Re: Status (Pretrial Scheduling) Conference filed December 20, 2022 (Docket No. 3).

8

9
**IT IS SO ORDERED.**

10
Dated:  March 8, 2023

11
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20
4891-8006-2545.1 / 078056-1141

21

22

23

24

25

26

27

28