1  CHAD D. GREESON, Bar No. 251928
   NICHOLAS GIOIELLO, Bar No. 318418
2  LITTLER MENDELSON, P.C.
   Treat Towers, Suite 600
3  1255 Treat Blvd.
   Walnut Creek, CA  94597
4  Telephone: (925) 932-2468
   Email: cgreeson@littler.com
5          ngioiello@littler.com

6  Attorneys for Defendants
   THYSSENKRUPP SUPPLY CHAIN SERVICES NA,
7  INC. and THYSSENKRUPP MATERIALS NA, INC.

8  *(Additional Counsel Listed on Following Page)*

9                UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CURTIS WHITE, on behalf of himself and all similarly aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>CORTECH WEST STAFFING, LLC, THYSSENKRUPP MATERIALS NA, INC., THYSSENKRUPP SUPPLY CHAIN SERVICES NA, Inc., TESLA, INC. dba TESLA MOTORS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2-22-CV-02270-WBS-AC<br><br>**JOINT STIPULATION TO CONTINUE RULE 26(f) SCHEDULING CONFERENCE**<br><br>Ctrm:     5<br>Judge:    Hon. William B. Shubb<br><br>Complaint Filed:    October 24, 2022<br>Removed to Federal Court Dec. 19, 2022 |

CASE NO. 2-22-CV-02270-WBS-AC                                                            JOINT STIPULATION

1  TINA M. JACQUEZ
   SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
2  90 E. Thousand Oaks Blvd., Suite 300
   Thousand Oaks, CA 91360
3  Tel: (805) 49707706 / tjacquez@slfesq.com

4  Attorneys for Defendant CORTECH WEST STAFFING, LLC

5  BRIAN BERRY (229893)
   ANDREA FELLION (262278)
6  Morgan, Lewis & Bockius LLP
   One Market
7  Spear Street Tower
   San Francisco, CA 94105
8  Tel: (415) 442-1180 / andrea.fellion@morganlewis.com / brian.berry@morganlewis.com

9  Attorneys for Defendant CORTECH WEST STAFFING, LLC

10 B. JAMES FITZPATRICK (SBN: 129056)
   LAURA L. FRANKLIN (SBN: 282642)
11 FITZPATRICK & SWANSTON
12 555 S. Main Street
   Salinas, CA 93901
13 Telephone: (831) 755-1311 / bjfitzpatrick@fandslegal.com / lfranklin@fandslegal.com

14 LARRY W. LEE (SBN: 228175)
   HOWARD L. MAGEE (SBN: 185199)
15 SHALOM "CHRISTINE" CHOO (SBN: 339947)
   DIVERSITY LAW GROUP, P.C.
16 515 South Figueroa Street, Suite 1250
17 Los Angeles, California 90071
   Telephone:  (213)  488-6555  /  hmagee@diversitylaw.com  /  christine@diversitylaw.com  /
18 lwlee@diversitylaw.com

19 Attorneys for Plaintiff CURTIS WHITE

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Curtis White ("Plaintiff") and Defendants CorTech West Staffing, LLC, Thyssenkrupp Materials NA. Inc. and Thyssenkrupp Supply Chain Services NA, Inc. (together, "Thyssenkrupp"), and Tesla, Inc. dba Tesla Motors, Inc. ("Tesla") (collectively, the "Defendants") (Plaintiff and Defendant referred to collectively herein as "the Parties") through their counsels of record, hereby stipulate and agree as follows:

WHEREAS, the Parties are scheduled for mediation with Michael Loeb, Esq. on October 5, 2023;

WHEREAS, the Parties' current deadline to submit a Joint Rule 26(f) Report in September 26, 2023;

WHEREAS, as a Scheduling Conference in this matter is set to take place on October 10, 2023;

WHEREAS, in furtherance of promoting judicial economy and administrative efficiency, the Parties jointly request the Scheduling Conference of October 10, 2023 and Joint Rule 26(f) Report deadline of September 26, 2023 be continued by approximately sixty (60) days, so as to afford the parties an opportunity to complete mediation and early resolution of this matter, which may resolve and completely dispose of this matter.

THEREFORE, it is stipulated and agreed to by the between the Parties, by and through their respective counsel of record, that the Rule 26(f) Scheduling Conference currently scheduled to be heard by the Court on October 10, 2023, be continued by approximately sixty (60) days to December 10, 2023, or as soon thereafter as may be determined by this Court. Pursuant to Rule 26(f), the Parties will participate in early meeting by November 17, 2023, and the Joint Rule 26(f) Report will be filed by November 24, 2023.

///

///

///

///

///

///

DATED: September 26, 2023

*[signature: Chad D. Greeson]*

CHAD D. GREESON
NICHOLAS GIOIELLO
LITTLER MENDELSON P.C.

Attorneys for Defendants
THYSSENKRUPP SUPPLY CHAIN
SERVICES NA, INC. and THYSSENKRUPP
MATERIALS NA, INC.

DATED: September 26, 2023

*/s/ Tina M. Jacquez*
TINA M. JACQUEZ
SOLTMAN, LEVITT, FLAHERTY &
WATTLES LLP

Attorneys for Defendant
CORTECH WEST STAFFING, LLC

DATED: September 26, 2023

*/s/ Brian Berry*
BRIAN BERRY
ANDREA FELLION
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Defendant
TESLA, INC.

DATED: September 25, 2023

LARRY W. LEE (SBN: 228175)
HOWARD L. MAGEE (SBN: 185199)
SHALOM "CHRISTINE" CHOO (SBN: 339947)
DIVERSITY LAW GROUP, P.C.

B. JAMES FITZPATRICK (SBN: 129056)
LAURA L. FRANKLIN (SBN: 282642)
FITZPATRICK & SWANSTON
Attorneys for Plaintiff
CURTIS WHITE on behalf of himself and all similarly aggrieved employees

FILER'S ATTESTATION:

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 26, 2023     */s/ Chad D. Greeson*
                               Chad D. Greeson

CASE NO. 2-22-CV-02270-WBS-AC     5.     JOINT STIPULATION

# ORDER

The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED** that the Rule 26(f) Scheduling Conference currently scheduled to be heard by the Court on October 10, 2023, shall be continued to **January 16, 2024 at 1:30 p.m.** Pursuant to Rule 26(f), the Parties will participate in early meeting by **December 26, 2023**, and the Joint Rule 26(f) Report will be filed by **January 2, 2024**.

.

**IT IS SO ORDERED.**

Dated:  September 27, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4870-3804-5058.1 / 078056-1141