CHAD D. GREESON, Bar No. 251928
NICHOLAS GIOIELLO, Bar No. 318418
LITTLER MENDELSON, P.C.
Treat Towers, Suite 600
1255 Treat Blvd.
Walnut Creek, CA  94597
Telephone: (925) 932-2468
Email: cgreeson@littler.com
       ngioiello@littler.com

Attorneys for Defendants
THYSSENKRUPP SUPPLY CHAIN SERVICES NA,
INC. and THYSSENKRUPP MATERIALS NA, INC.

*(Additional Counsel Listed on Following Page)*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WHITE, on behalf of himself and all similarly aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>CORTECH WEST STAFFING, LLC, THYSSENKRUPP MATERIALS NA, INC., THYSSENKRUPP SUPPLY CHAIN SERVICES NA, Inc., TESLA, INC. dba TESLA MOTORS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2-22-CV-02270-WBS-AC<br><br>**JOINT STIPULATION TO CONTINUE RULE 26(f) SCHEDULING CONFERENCE**<br><br>Ctrm:        5<br>Judge:      Hon. William B. Shubb<br><br>Complaint Filed:      October 24, 2022<br>Removed to Federal Court Dec. 19, 2022 |

TINA M. JACQUEZ (SBN 218370)
SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP
90 E. Thousand Oaks Blvd., Suite 300
Thousand Oaks, CA 91360
Tel: (805) 49707706 / tjacquez@slfesq.com

Attorneys for Defendant CORTECH WEST STAFFING, LLC

BRIAN BERRY (229893)
ANDREA FELLION (262278)
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1180 / andrea.fellion@morganlewis.com / brian.berry@morganlewis.com

Attorneys for Defendant CORTECH WEST STAFFING, LLC

B. JAMES FITZPATRICK (SBN: 129056)
LAURA L. FRANKLIN (SBN: 282642)
FITZPATRICK & SWANSTON
555 S. Main Street
Salinas, CA 93901
Telephone: (831) 755-1311 / bjfitzpatrick@fandslegal.com / lfranklin@fandslegal.com

LARRY W. LEE (SBN: 228175)
HOWARD L. MAGEE (SBN: 185199)
SHALOM "CHRISTINE" CHOO (SBN: 339947)
DIVERSITY LAW GROUP, P.C.
515 South Figueroa Street, Suite 1250
Los Angeles, California 90071
Telephone: (213) 488-6555 / hmagee@diversitylaw.com / christine@diversitylaw.com / lwlee@diversitylaw.com

Attorneys for Plaintiff CURTIS WHITE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Curtis White ("Plaintiff") and Defendants CorTech West Staffing, LLC, Thyssenkrupp Materials NA. Inc. and Thyssenkrupp Supply Chain Services NA, Inc. (together, "Thyssenkrupp"), and Tesla, Inc. dba Tesla Motors, Inc. ("Tesla") (collectively, the "Defendants") (Plaintiff and Defendant referred to collectively herein as "the Parties") through their counsels of record, hereby stipulate and agree as follows:

WHEREAS, the Parties participated in mediation with Michael Loeb, Esq. on October 5, 2023, whereat, a settlement was reached and a Memorandum of Understanding has since been executed;

WHEREAS, the Parties' current deadline to submit a Joint Rule 26(f) Report is January 2, 2024;

WHEREAS, as a Scheduling Conference in this matter is set to take place on January 16, 2024;

WHEREAS, in furtherance of promoting judicial economy and administrative efficiency, the Parties jointly request the Scheduling Conference of January 16, 2024, and Joint Rule 26(f) Report deadline of January 2, 2024, be continued by approximately one-hundred and eighty days (180) days, so that the Parties may resolve and completely dispose of this matter.

THEREFORE, it is stipulated and agreed to by the between the Parties, by and through their respective counsel of record, that the Rule 26(f) Scheduling Conference currently scheduled to be heard by the Court on January 16, 2024, be continued by approximately one-hundred and eighty days (180) days to July 15, 2024, or as soon thereafter as may be determined by this Court.

///
///
///
///
///
///
///

1   ///

2   ///

3   DATED: January 2, 2024

4

5

6                                          CHAD D. GREESON
                                           NICHOLAS GIOIELLO
7                                          LITTLER MENDELSON P.C.

8                                          Attorneys for Defendants
                                           THYSSENKRUPP SUPPLY CHAIN
9                                          SERVICES NA, INC. and THYSSENKRUPP
                                           MATERIALS NA, INC.
10

11  DATED: January 2, 2024

12                                         /s/ Tina M. Jacquez
                                           TINA M. JACQUEZ
                                           SOLTMAN, LEVITT, FLAHERTY &
13                                         WATTLES LLP

14                                         Attorneys for Defendant
                                           CORTECH WEST STAFFING, LLC
15

16  DATED: January 2, 2024

17                                         /s/ Andrea Fellion
                                           BRIAN BERRY
18                                         ANDREA FELLION
                                           MORGAN, LEWIS & BOCKIUS LLP
19
                                           Attorneys for Defendant
20                                         TESLA, INC.

21

22

23

24

25

26

27

28

1  DATED: January 2, 2024

2

3  LARRY W. LEE (SBN: 228175)
   HOWARD L. MAGEE (SBN: 185199)

4  SHALOM "CHRISTINE" CHOO (SBN: 339947)

5  DIVERSITY LAW GROUP, P.C.

6  B. JAMES FITZPATRICK (SBN: 129056)
   LAURA L. FRANKLIN (SBN: 282642)

7  FITZPATRICK & SWANSTON
   Attorneys for Plaintiff

8  CURTIS WHITE on behalf of himself and all similarly aggrieved employees

9

10

11  FILER'S ATTESTATION:

12      I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur

13  in the filing's content and have authorized the filing.

14

15  Dated: January 2, 2024              */s/ Chad D. Greeson*
                                        Chad D. Greeson
16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **<u>ORDER</u>**

2          The Court, having reviewed the Parties' Joint Stipulation and good cause appearing

3  therefore, hereby orders as follows:

4          **IT IS HEREBY ORDERED** that the Rule 26(f) Scheduling Conference currently scheduled

5  to be heard by the Court on January 16, 2024, shall be continued to **July 15, 2024 at 1:30 p.m.**

6  Pursuant to Rule 26(f), the Parties will participate in early meeting, and the Joint Rule 26(f) Report

7  shall be filed by **July 1, 2024.**

8          .

9

10  **IT IS SO ORDERED.**

11  Dated:  January 3, 2024

12  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18       4857-8640-7578.2 / 078056-1141

19

20

21

22

23

24

25

26

27

28