1  CHAD D. GREESON, Bar No. 251928
   NICHOLAS GIOIELLO, Bar No. 318418
2  LITTLER MENDELSON, P.C.
   Treat Towers, Suite 600
3  1255 Treat Blvd.
   Walnut Creek, CA  94597
4  Telephone: (925) 932-2468
   Email: cgreeson@littler.com
5          ngioiello@littler.com

6  Attorneys for Defendants
   THYSSENKRUPP SUPPLY CHAIN SERVICES NA,
7  INC. and THYSSENKRUPP MATERIALS NA, INC.

8  *(Additional Counsel Listed on Following Page)*

9                     UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 | CURTIS WHITE, on behalf of himself and all similarly aggrieved employees, | CASE NO.  2-22-CV-02270-WBS-AC |
   | --- | --- |
13 | | |
   | Plaintiff, | |
14 | | **JOINT STIPULATION TO** |
   | vs. | **CONTINUE RULE 26(f)** |
15 | | **SCHEDULING CONFERENCE** |
   | CORTECH WEST STAFFING, LLC, | |
16 | THYSSENKRUPP MATERIALS NA, INC., | |
   | THYSSENKRUPP SUPPLY CHAIN SERVICES | Ctrm:      5 |
17 | NA, Inc., TESLA, INC. dba TESLA MOTORS, | Judge:     Hon. William B. Shubb |
   | INC., and DOES 1 through 50, inclusive, | |
18 | | |
   | Defendants. | Complaint Filed:   October 24, 2022 |
19 | | Removed to Federal Court Dec. 19, 2022 |

20

21

22

23

24

25

26

27

28

1   TINA M. JACQUEZ (SBN 218370)
    Soltman & Wattles LLP
2   90 E. Thousand Oaks Blvd., Suite 300
    Thousand Oaks, CA 91360
3   Tel: (805) 49707706 / tjacquez@slfesq.com

4   Attorneys for Defendant CORTECH WEST STAFFING, LLC

5   BRIAN BERRY (229893)
    KASSIA STEPHENSON (336175)
6   Morgan, Lewis & Bockius LLP
    One Market
7   Spear Street Tower
    San Francisco, CA 94105
8   Tel: (415) 442-1180 / brian.berry@morganlewis.com / kassia.stephenson@morganlewis.com

9   Attorneys for Defendant TESLA, INC. DBA TESLA MOTORS, INC.

10  B. JAMES FITZPATRICK (SBN: 129056)
    LAURA L. FRANKLIN (SBN: 282642)
11  FITZPATRICK & SWANSTON
12  555 S. Main Street
    Salinas, CA 93901
13  Telephone: (831) 755-1311 / bjfitzpatrick@fandslegal.com / lfranklin@fandslegal.com

14  LARRY W. LEE (SBN: 228175)
    HOWARD L. MAGEE (SBN: 185199)
15  Christine S. Lee (SBN: 339947)
    DIVERSITY LAW GROUP, P.C.
16  515 South Figueroa Street, Suite 1250
17  Los Angeles, California 90071
    Telephone:  (213)  488-6555  /  hmagee@diversitylaw.com  /  christine@diversitylaw.com  /
18  lwlee@diversitylaw.com

19  Attorneys for Plaintiff CURTIS WHITE

20

21

22

23

24

25

26

27

28

CASE NO. 2-22-CV-02270-WBS-AC              2.                        JOINT STIPULATION

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2        Plaintiff Curtis White ("Plaintiff") and Defendants CorTech West Staffing, LLC,

3  Thyssenkrupp Materials NA. Inc. and Thyssenkrupp Supply Chain Services NA, Inc. (together,

4  "Thyssenkrupp"), and Tesla, Inc. dba Tesla Motors, Inc. ("Tesla") (collectively, the "Defendants")

5  (Plaintiff and Defendant referred to collectively herein as "the Parties") through their counsels of

6  record, hereby stipulate and agree as follows:

7        WHEREAS, the Parties participated in mediation with Michael Loeb, Esq. on October 5,

8  2023, whereat, a settlement was reached and a Memorandum of Understanding has since been

9  executed;

10        WHEREAS, the Parties' current deadline to submit a Joint Rule 26(f) Report is July 1, 2024;

11        WHEREAS, as a Scheduling Conference in this matter is set to take place on July 29, 2024;

12        WHEREAS, on May 8, 2024, Honorable Blanca A. Banuelos of the Superior Court of The

13  State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029) granted

14  Plaintiff with leave to file a First Amended Complaint for Plaintiff's Class and Representative

15  Action, which incorporates and subsumes the causes of action and facts in this Action;

16        WHEREAS, Plaintiff's Motion for Preliminary Approval of Class and Representative Action

17  is currently set for August 7, 2024;

18        WHEREAS, in furtherance of promoting judicial economy and administrative efficiency, the

19  Parties jointly request the Scheduling Conference of July 29, 2024, and Joint Rule 26(f) Report

20  deadline of July 1, 2024, be continued by approximately one-hundred and eighty days (180) days, so

21  that the Parties may resolve and completely dispose of this matter.

22        THEREFORE, it is stipulated and agreed to by the between the Parties, by and through their

23  respective counsel of record, that the Rule 26(f) Scheduling Conference currently scheduled to be

24  heard by the Court on July 29, 2024, be continued by approximately one-hundred and eighty days

25  (180) days to January 26, 2025, or as soon thereafter as may be determined by this Court.

26  ///

27  ///

28  ///

1    ///

     DATED: July 1, 2024
2

3

4

5                                              _____
                                               CHAD D. GREESON
6                                              NICHOLAS GIOIELLO
                                               LITTLER MENDELSON P.C.
7
                                               Attorneys for Defendants
8                                              THYSSENKRUPP SUPPLY CHAIN
                                               SERVICES NA, INC. and THYSSENKRUPP
                                               MATERIALS NA, INC.
9

10    DATED: July 1, 2024

11                                             /s/ Tina M. Jacquez
                                               TINA M. JACQUEZ
12                                             SOLTMAN & WATTLES LLP

13                                             Attorneys for Defendant
                                               CORTECH WEST STAFFING, LLC
14    DATED: July 1, 2024

15                                             /s/ Kassia Stephenson
                                               BRIAN BERRY
16                                             KASSIA STEPHENSON
                                               MORGAN, LEWIS & BOCKIUS LLP
17
                                               Attorneys for Defendant
18                                             TESLA, INC.

19
      DATED: July 1, 2024
20

21                                             _____
                                               LARRY W. LEE (SBN: 228175)
22                                             HOWARD L. MAGEE (SBN: 185199)
                                               CHRISTINE S. LEE (SBN: 339947)
23                                             DIVERSITY LAW GROUP, P.C.

24                                             B. JAMES FITZPATRICK (SBN: 129056)
                                               LAURA L. FRANKLIN (SBN: 282642)
25                                             FITZPATRICK & SWANSTON
                                               Attorneys for Plaintiff
26                                             CURTIS WHITE on behalf of himself and all
                                               similarly aggrieved employees
27

28

      _____
      CASE NO. 2-22-CV-02270-WBS-AC              4.                    JOINT STIPULATION

1    FILER'S ATTESTATION:

2          I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur

3    in the filing's content and have authorized the filing.

4

5    Dated: July 1, 2024                    */s/ Chad D. Greeson*
                                            Chad D. Greeson
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED** that the Rule 26(f) Scheduling Conference currently scheduled to be heard by the Court on July 29, 2024, shall be continued to **January 27, 2025 at 1:30 p.m.**  The Parties will participate in an early meeting pursuant to Rule 26(f).  The Joint Rule 26(f) Report will be filed by **January 13, 2025.**

.

**IT IS SO ORDERED.**

Dated:  July 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4882-1761-7357.1 / 078056-1141