1  CHAD D. GREESON, Bar No. 251928
   NICHOLAS GIOIELLO, Bar No. 318418
2  LITTLER MENDELSON, P.C.
   Treat Towers, Suite 600
3  1255 Treat Blvd.
   Walnut Creek, CA  94597
4  Telephone: (925) 932-2468
   Email: cgreeson@littler.com
5         ngioiello@littler.com

6  Attorneys for Defendants
   THYSSENKRUPP SUPPLY CHAIN SERVICES NA,
7  INC. and THYSSENKRUPP MATERIALS NA, INC.

8  *(Additional Counsel Listed on Following Page)*

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  CURTIS WHITE, on behalf of himself and all similarly aggrieved employees, | CASE NO.  2-22-CV-02270-WBS-AC |
| 13 | |
| 14              Plaintiff, | **JOINT STIPULATION TO CONTINUE RULE 26(f) SCHEDULING CONFERENCE** |
| 15       vs. | |
| 16  CORTECH WEST STAFFING, LLC, THYSSENKRUPP MATERIALS NA, INC., THYSSENKRUPP SUPPLY CHAIN SERVICES | |
| 17  NA, Inc., TESLA, INC. dba TESLA MOTORS, INC., and DOES 1 through 50, inclusive, | Ctrm:     5
Judge:     Hon. William B. Shubb |
| 18 | |
| 19              Defendants. | Complaint Filed:    October 24, 2022
Removed to Federal Court Dec. 19, 2022 |

1  TINA M. JACQUEZ (SBN 218370)
   Soltman & Wattles LLP
2  90 E. Thousand Oaks Blvd., Suite 300
   Thousand Oaks, CA 91360
3  Tel: (805) 49707706 / tjacquez@slfesq.com

4  Attorneys for Defendant CORTECH WEST STAFFING, LLC

5  BRIAN BERRY (229893)
   KASSIA STEPHENSON (336175)
6  Morgan, Lewis & Bockius LLP
   One Market
7  Spear Street Tower
   San Francisco, CA 94105
8  Tel: (415) 442-1180 / brian.berry@morganlewis.com / kassia.stephenson@morganlewis.com

9  Attorneys for Defendant TESLA, INC. DBA TESLA MOTORS, INC.

10 B. JAMES FITZPATRICK (SBN: 129056)
   LAURA L. FRANKLIN (SBN: 282642)
11 FITZPATRICK & SWANSTON
12 555 S. Main Street
   Salinas, CA 93901
13 Telephone: (831) 755-1311 / bjfitzpatrick@fandslegal.com / lfranklin@fandslegal.com

14 LARRY W. LEE (SBN: 228175)
   HOWARD L. MAGEE (SBN: 185199)
15 Christine S. Lee (SBN: 339947)
16 DIVERSITY LAW GROUP, P.C.
   515 South Figueroa Street, Suite 1250
17 Los Angeles, California 90071
   Telephone: (213) 488-6555 / hmagee@diversitylaw.com / christine@diversitylaw.com /
18 lwlee@diversitylaw.com

19 Attorneys for Plaintiff CURTIS WHITE

20

21

22

23

24

25

26

27

28

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  Plaintiff Curtis White ("Plaintiff") and Defendants CorTech West Staffing, LLC, Thyssenkrupp Materials NA. Inc. and Thyssenkrupp Supply Chain Services NA, Inc. (together, "Thyssenkrupp"), and Tesla, Inc. dba Tesla Motors, Inc. ("Tesla") (collectively, the "Defendants") (Plaintiff and Defendant referred to collectively herein as "the Parties") through their counsels of record, hereby stipulate and agree as follows:

WHEREAS, the Parties participated in mediation with Michael Loeb, Esq. on October 5, 2023, whereat, a settlement was reached and a Memorandum of Understanding has since been executed;

WHEREAS, the Parties' current deadline to submit a Joint Rule 26(f) Report was January 13, 2025;

WHEREAS, as a Scheduling Conference in this matter is set to take place on January 27, 2025;

WHEREAS, on May 8, 2024, Honorable Blanca A. Banuelos of the Superior Court of The State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029) granted Plaintiff with leave to file a First Amended Complaint for Plaintiff's Class and Representative Action, which incorporates and subsumes the causes of action and facts in this Action;

WHEREAS, on August 7, 2024, Honorable Blanca A. Banuelos of the Superior Court of The State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029) issued an Order granting Plaintiff's Motion for Preliminary Approval of Class and Representative Action Settlement;

WHEREAS, on January 14, 2025, Honorable Blanca A. Banuelos of the Superior Court of The State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029) adopted her tentative ruling granting Plaintiff's Motion for Final Approval of Class and Representative Action Settlement;

WHEREAS, a final compliance hearing is scheduled for October 10, 2025, at 9:00 in Department 10B of the Superior Court of The State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029)

WHEREAS, in furtherance of promoting judicial economy and administrative efficiency, the Parties jointly request the Scheduling Conference of January 27, 2025, be continued to at least 30 days after October 10, 2025, so that the Parties may resolve and completely dispose of this matter.

THEREFORE, it is stipulated and agreed to by the between the Parties, by and through their respective counsel of record, that the Rule 26(f) Scheduling Conference currently scheduled to be heard by the Court on January 27, 2025, be continued to at least 30 days after October 10, 2025, or as soon thereafter as may be determined by this Court.

DATED: January 14, 2025

CHAD D. GREESON
NICHOLAS GIOIELLO
LITTLER MENDELSON P.C.

Attorneys for Defendants
THYSSENKRUPP SUPPLY CHAIN SERVICES NA, INC. and THYSSENKRUPP MATERIALS NA, INC.

DATED: January 14, 2025

/s/ Tina M. Jacquez
TINA M. JACQUEZ
SOLTMAN & WATTLES LLP

Attorneys for Defendant
CORTECH WEST STAFFING, LLC

DATED: January 14, 2025

/s/ Kassia Stephenson
BRIAN BERRY
KASSIA STEPHENSON
MORGAN, LEWIS & BOCKIUS LLP

Attorneys for Defendant
TESLA, INC.

DATED: January 14, 2025

LARRY W. LEE (SBN: 228175)
HOWARD L. MAGEE (SBN: 185199)
CHRISTINE S. LEE (SBN: 339947)
DIVERSITY LAW GROUP, P.C.

B. JAMES FITZPATRICK (SBN: 129056)
LAURA L. FRANKLIN (SBN: 282642)
FITZPATRICK & SWANSTON
Attorneys for Plaintiff
CURTIS WHITE on behalf of himself and all similarly aggrieved employees

FILER'S ATTESTATION:

    I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 14, 2025              */s/ Chad D. Greeson*
                                                          Chad D. Greeson

## ORDER

The Court, having reviewed the Parties' Joint Stipulation and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED** that the Rule 26(f) Scheduling Conference currently scheduled to be heard by the Court on January 27, 2025, shall be continued to **December 15, 2025 at 1:30 p.m.** A joint status report shall be filed no later **December 1, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed 12/20/2022 (Docket No. 3).

**IT IS SO ORDERED.**

Dated: January 16, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4882-1761-7357.1 / 078056-1141