CHAD D. GREESON, Bar No. 251928
NICHOLAS GIOIELLO, Bar No. 318418
LITTLER MENDELSON, P.C.
Treat Towers, Suite 600
1255 Treat Blvd.
Walnut Creek, CA 94597
Telephone: (925) 932-2468
Email: cgreeson@littler.com
       ngioiello@littler.com

Attorneys for Defendants
THYSSENKRUPP SUPPLY CHAIN SERVICES NA,
INC. and THYSSENKRUPP MATERIALS NA, INC.

*(Additional Counsel Listed on Following Page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WHITE, on behalf of himself and all similarly aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>CORTECH WEST STAFFING, LLC, THYSSENKRUPP MATERIALS NA, INC., THYSSENKRUPP SUPPLY CHAIN SERVICES NA, Inc., TESLA, INC. dba TESLA MOTORS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2-22-CV-02270-WBS-AC<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Ctrm:    5<br>Judge:   Hon. William B. Shubb<br><br>Complaint Filed:    October 24, 2022<br>Removed to Federal Court Dec. 19, 2022 |

TINA M. JACQUEZ (SBN 218370)
Soltman & Wattles LLP
90 E. Thousand Oaks Blvd., Suite 300
Thousand Oaks, CA 91360
Tel: (805) 49707706 / tjacquez@slfesq.com

Attorney for Defendant CORTECH WEST STAFFING, LLC

BRIAN BERRY (229893)
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1180 / brian.berry@morganlewis.com / kassia.stephenson@morganlewis.com

Attorney for Defendant TESLA, INC. DBA TESLA MOTORS, INC.

B. JAMES FITZPATRICK (SBN: 129056)
LAURA L. FRANKLIN (SBN: 282642)
FITZPATRICK & SWANSTON
555 S. Main Street
Salinas, CA 93901
Telephone: (831) 755-1311 / bjfitzpatrick@fandslegal.com / lfranklin@fandslegal.com

LARRY W. LEE (SBN: 228175)
HOWARD L. MAGEE (SBN: 185199)
Christine S. Lee (SBN: 339947)
DIVERSITY LAW GROUP, P.C.
515 South Figueroa Street, Suite 1250
Los Angeles, California 90071
Telephone: (213) 488-6555 / hmagee@diversitylaw.com / christine@diversitylaw.com / lwlee@diversitylaw.com

Attorneys for Plaintiff CURTIS WHITE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Curtis White ("Plaintiff") and Defendants CorTech West Staffing, LLC, Thyssenkrupp Materials NA. Inc. and Thyssenkrupp Supply Chain Services NA, Inc. (together, "Thyssenkrupp"), and Tesla, Inc. dba Tesla Motors, Inc. ("Tesla") (collectively, the "Defendants") (Plaintiff and Defendant referred to collectively herein as "the Parties") through their counsels of record, hereby stipulate and agree as follows:

WHEREAS, the Parties participated in mediation with Michael Loeb, Esq. on October 5, 2023, whereat, a settlement was reached and a Memorandum of Understanding has since been executed;

WHEREAS, as a Scheduling Conference in this matter is set to take place on December 15, 2025;

WHEREAS, on May 8, 2024, Honorable Blanca A. Banuelos of the Superior Court of The State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029) granted Plaintiff with leave to file a First Amended Complaint for Plaintiff's Class and Representative Action, which incorporates and subsumes the causes of action and facts in this Action;

WHEREAS, on August 7, 2024, Honorable Blanca A. Banuelos of the Superior Court of The State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029) issued an Order granting Plaintiff's Motion for Preliminary Approval of Class and Representative Action Settlement;

WHEREAS, on January 14, 2025, Honorable Blanca A. Banuelos of the Superior Court of The State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029) issued an Order Graniting Final Approval of Class and Representative Action Settlement; and Judgment ("Final Approval Order").

WHEREAS, on April 17, 2025, Phoenix Settlement Administrators ("Phoenix"), in accordance with  Honorable Blanca A. Banuelos's Order and the terms of the settlement agreement, issued and mailed checks from the Qualified Settlement Fund to each Settlement Class Member, Class Counsel for attorneys' fees and costs, Plaintiff Curtis White for his Enhancement Payment;

Phoenix for administration of the settlement and the Labor Workforce and Development Agency.

WHEREAS, the check-cashing period for Settlement Class Members expired on October 14, 2025.

WHEREAS, because of the notice administration process and Final Approval Order issued by Honorable Blanca A. Banuelos on January 14, 2025, the claims at issue in the above-referenced matter have been resolved and released.

Accordingly, pursuant to the terms of the Settlement, this action should be dismissed without prejudice.

**IT IS HEREBY STIPULATED AND AGREED THAT**:

(1) Plaintiff dismisses this entire action without prejudice.

(2) The Parties agree to pay their own respective costs, expenses, and attorneys' fees in connection with the Action, except as provided in the approved Settlement Agreement approved by Honorable Blanca A. Banuelos of the Superior Court of The State of California, For the County of San Joaquin (Case No. STK-CV-UOE-2023-0000029).

**SO STIPULATED AND AGREED.**

DATED: December 1, 2025

*/s/ Chad D. Greeson*

---

CHAD D. GREESON
NICHOLAS GIOIELLO
LITTLER MENDELSON P.C.

Attorneys for Defendants
THYSSENKRUPP SUPPLY CHAIN
SERVICES NA, INC. and THYSSENKRUPP
MATERIALS NA, INC.

DATED: December 1, 2025

/s/ Tina M. Jacquez
TINA M. JACQUEZ
SOLTMAN & WATTLES LLP

Attorney for Defendant
CORTECH WEST STAFFING, LLC

DATED: December 1, 2025

/s/ Brian Berry
BRIAN BERRY
MORGAN, LEWIS & BOCKIUS LLP

Attorney for Defendant
TESLA, INC.

DATED: December 1, 2025

LARRY W. LEE (SBN: 228175)
HOWARD L. MAGEE (SBN: 185199)
CHRISTINE S. LEE (SBN: 339947)
DIVERSITY LAW GROUP, P.C.

B. JAMES FITZPATRICK (SBN: 129056)
LAURA L. FRANKLIN (SBN: 282642)
FITZPATRICK & SWANSTON

Attorneys for Plaintiff
CURTIS WHITE on behalf of himself and all similarly aggrieved employees

## ORDER

The Court, having reviewed the Parties' Joint Stipulation For Dismissal and good cause appearing therefore, hereby **ORDERS** as follows:

(1) Plaintiff's individual claims are dismissed with prejudice;

(2) Plaintiff's class claims are dismissed without prejudice; and

(3) The Parties agree to bear their own costs and attorneys' fees with respect to the dismissed claims.

**IT IS SO ORDERED.**

Dated: December 2, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4882-1761-7357.1 / 078056-1141